UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

IAN LYNGKLIP,
    Plaintiff

-vs-                                        Case No. 10-14258
                                            Hon. Patrick J. Duggan
                                            Magistrate Judge: Virginia M. Morgan

CLEAR ONE ADVANTAGE, LLC
    Defendant

## NOTICE OF APPEARANCE OF COUNSEL

Julie A. Petrik enters her appearance on behalf of the Plaintiff Ian Lyngklip in this case and requests service of all pleadings and documents in this case.

                                            Respectfully Submitted,

                                            By: s/ Julie A. Petrik
                                            Julie A. Petrik (P-47131)
                                            LYNGKLIP & ASSOCIATES
                                            CONSUMER LAW CENTER, PLC
                                            Attorney For Ian Lyngklip
                                            24500 Northwestern Highway, Ste. 206
                                            Southfield, MI 48075
                                            (248) 208-8864
                                            JuliePetrik@Att.Net

Dated: October 26, 2010