UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

IAN LYNGKLIP,
     Plaintiff,

 -vs-
                               Case No. 10-14258
                               Hon. Patrick J. Duggan
                               Magistrate Judge: Virginia M. Morgan

CLEARONE ADVANTAGE LLC,
     Defendant.

## RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner

indicated below:

       Name of Defendant served:   CLEARONE ADVANTAGE LLC

       Date of service:           November 4, 2010

       Method of Service:        Certified Mail, Return Receipt Requested (Return Receipt
                                     attached).

*I declare under the penalty of perjury that the information contained in this Return of Service*

*is true.*

                              Respectfully Submitted,

                              By:  s/ Julie A. Petrik
                              Julie A. Petrik (P-47131)
                              LYNGKLIP & ASSOCIATES
                              CONSUMER LAW CENTER, PLC
                              Attorney For Ian Lyngklip
                              24500 Northwestern Highway, Ste. 206
                              Southfield, MI 48075
                              (248) 208-8864
                              JuliePetrik@Att.Net

Dated: November 9, 2010

**2. Article Number**

711791000164908660003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Doreen Groves_ ☒ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

DOREEN GROOMES     11/4/10

D. Is delivery address different from item 1?  ☐ Yes
If YES enter delivery address below:  ☐ No

1. Article Addressed to:

John E. Baum, Resident Agent
ClearOne Advantage, LLC
Shapiro Sher Guinot & Sandler,
36 South Charles Street, Suite 2000
Baltimore, MD 21201

3. Service Type     ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811          Domestic Return Receipt

---

**U.S. Postal Service ···**
**CERTIFIED MAIL ··· RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

711791000164908660003

| | | |
|---|---|---|
| Postage | | Postmark Here |
| Certified Fee | 0.44 | |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees  $ | 0.00 | |

5.54

Sent To
Street, Apt. No.;
or PO Box No.
City, State, Zip+4

John E. Baum, Resident Agent
ClearOne Advantage, LLC
Shapiro Sher Guinot & Sandler,
36 South Charles Street, Suite 2000
Baltimore, MD 21201

PS Form 3800, August 2006          See Reverse for Instructions

---

Article #:  717791000164908660003
Date/Time:  10/26/2010  1:04:44PM

Internal File #:
Internal Code #:  Lyngklip