**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IAN LYNGKLIP,

    Plaintiff,

Case No. 2:10-cv-14258

v

Honorable Patrick J. Duggan

CLEARONE ADVANTAGE, LLC

    Defendant.

---

| | |
|---|---|
| Ian B. Lyngklip (P47173) <br> Julie A. Petrik (P47131) <br> Attorneys for Plaintiff <br> 24500 Northwestern Hwy., Ste. 206 <br> Southfield, MI 48075 <br> 248-208-8864 <br> ianlyngklip@att.net <br> juliepetrik@att.net | Lori McAllister (P39501) <br> Attorneys for Defendant Clearone Advantage, LLC <br> Dykema Gossett PLLC <br> Capitol View <br> 201 Townsend Street, Suite 900 <br> Lansing, MI 48933 <br> (517) 374-9100 <br> lmcallister@dykema.com |

---

## NOTICE OF ATTORNEY APPEARANCE

    Please enter my appearance on behalf of Defendant Clearone Advantage in the above-captioned matter.

                              */s/ Lori McAllister*
                              Lori McAllister (P39501)
                              Attorneys for Defendant Clearone Advantage, LLC
                              Dykema Gossett PLLC
                              Capitol View
                              201 Townsend Street, Suite 900
                              Lansing, MI 48933
                              (517) 374-9100
                              lmcallister@dykema.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 18, 2010, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.  I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.

                                           */s/ Lori McAllister*
Lori McAllister (P39501)
Attorneys for Defendant Clearone Advantage, LLC
Dykema Gossett PLLC
Capitol View
201 Townsend Street, Suite 900
Lansing, MI 48933
(517) 374-9100
lmcallister@dykema.com