**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IAN LYNGKLIP,

    Plaintiff,

Case No. 2:10-cv-14258

v

Honorable Patrick J. Duggan

CLEARONE ADVANTAGE, LLC

    Defendant.

---

| | |
|---|---|
| Ian B. Lyngklip (P47173)<br>Julie A. Petrik (P47131)<br>Attorneys for Plaintiff<br>24500 Northwestern Hwy., Ste. 206<br>Southfield, MI 48075<br>248-208-8864<br>ianlyngklip@att.net<br>juliepetrik@att.net | Lori McAllister (P39501)<br>Attorneys for Defendant Clearone Advantage, LLC<br>Dykema Gossett PLLC<br>Capitol View<br>201 Townsend Street, Suite 900<br>Lansing, MI 48933<br>(517) 374-9100<br>lmcallister@dykema.com |

---

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND JURY DEMAND

The parties, through their undersigned counsel, hereby Stipulate that the time for Defendant to answer or otherwise plead in response to Plaintiff's Complaint shall be extended to December 9, 2010.

| | |
|---|---|
| */s/ Julie A. Petrik (w/permission)*<br>Ian B. Lyngklip (P47173)<br>Julie A. Petrik (P47131)<br>Attorneys for Plaintiff<br>24500 Northwestern Hwy., Ste. 206<br>Southfield, MI 48075<br>248-208-8864<br>juliepetrik@att.net | */s/ Lori McAllister*<br>Lori McAllister (P39501)<br>Attorneys for Defendant Clearone Advantage, LLC<br>Dykema Gossett PLLC<br>Capitol View<br>201 Townsend Street, Suite 900<br>Lansing, MI 48933<br>(517) 374-9100<br>lmcallister@dykema.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN LYNGKLIP,

    Plaintiff,

v

CLEARONE ADVANTAGE, LLC

    Defendant.

Case No. 2:10-cv-14258

Honorable Patrick J. Duggan

**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND JURY DEMAND**

This matter having come before the Court on the Stipulation of the parties, and the Court being advised in the premises:

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise plead in response to the Complaint is extended to December 9, 2010.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: November 18, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 18, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

LAN01\226423.1
ID\LMSI - 019956/0999