IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN LYNGKLIP,

      Plaintiff

v.                            CASE NO. 2:10-cv-14258-PJD-VMM

CLEARONE ADVANTAGE, LLC.,

      Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

Leonard A. Bennett enters his appearance in this case and requests service of all pleadings and documents in this case.

Dated: November 30, 2010

                                              **IAN LYNGKLIP,**

                                              _____/s/_____
                                              Leonard A. Bennett, Esq.
                                              Attorney for Plaintiff
                                              CONSUMER LITIGATION
                                              ASSOCIATES, P.C.
                                              12515 Warwick Boulevard, Suite 100
                                              Newport News, Virginia 23606
                                              (757) 930-3660 - Telephone
                                              (757) 930-3662 – Facsimile
                                              lenbennett@clalegal.com

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this 30th day of November, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Lori M. McAllister  
Dykema Gossett  
201 Townsend  
Capitol View Building  
Suite 900  
Lansing, MI 48933-1551  
E-mail: lmcallister@dykema.com

                                                                /s/  
                                      Leonard A. Bennett, Esq.  
                                      Attorney for Plaintiff  
                                      CONSUMER LITIGATION  
                                      ASSOCIATES, P.C.  
                                      12515 Warwick Boulevard, Suite 100  
                                      Newport News, Virginia 23606  
                                      (757) 930-3660 - Telephone  
                                      (757) 930-3662 – Facsimile  
                                      lenbennett@clalegal.com