**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IAN LYNGKLIP,

      Plaintiff,

Case No. 2:10-cv-14258

v

Honorable Patrick J. Duggan

CLEARONE ADVANTAGE, LLC

      Defendant.

---

| | |
|---|---|
| Ian B. Lyngklip (P47173) | Lori McAllister (P39501) |
| Julie A. Petrik (P47131) | Attorneys for Defendant Clearone Advantage, LLC |
| Attorneys for Plaintiff | Dykema Gossett PLLC |
| 24500 Northwestern Hwy., Ste. 206 | Capitol View |
| Southfield, MI 48075 | 201 Townsend Street, Suite 900 |
| 248-208-8864 | Lansing, MI 48933 |
| ianlyngklip@att.net | (517) 374-9100 |
| juliepetrik@att.net | lmcallister@dykema.com |

---

**STIPULATION FOR FURTHER EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND JURY DEMAND**

The parties, through their undersigned counsel, hereby Stipulate that the time for Defendant to answer or otherwise plead in response to Plaintiff's Complaint shall be extended to December 30, 2010.

| | |
|---|---|
| */s/ Julie A. Petrik (w/permission)* | */s/ Lori McAllister* |
| Ian B. Lyngklip (P47173) | Lori McAllister (P39501) |
| Julie A. Petrik (P47131) | Attorneys for Defendant Clearone Advantage, LLC |
| Attorneys for Plaintiff | Dykema Gossett PLLC |
| 24500 Northwestern Hwy., Ste. 206 | Capitol View |
| Southfield, MI 48075 | 201 Townsend Street, Suite 900 |
| 248-208-8864 | Lansing, MI 48933 |
| juliepetrik@att.net | (517) 374-9100 |
| | lmcallister@dykema.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IAN LYNGKLIP,

    Plaintiff,

Case No. 2:10-cv-14258

v

Honorable Patrick J. Duggan

CLEARONE ADVANTAGE, LLC

    Defendant.

---

**ORDER FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT AND JURY DEMAND**

This matter having come before the Court on the Stipulation of the parties, and the Court being advised in the premises:

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise plead in response to the Complaint is extended to December 30, 2010.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: December 2, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 2, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager