**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IAN LYNGKLIP,

      Plaintiff,

                                  Case No. 2:10-cv-14258

v

                                  Honorable Patrick J. Duggan

CLEARONE ADVANTAGE, LLC

      Defendant.

---

| | |
|---|---|
| Ian B. Lyngklip (P47173) | Lori McAllister (P39501) |
| Julie A. Petrik (P47131) | Attorneys for Defendant Clearone Advantage, LLC |
| Attorneys for Plaintiff | |
| 24500 Northwestern Hwy., Ste. 206 | Dykema Gossett PLLC |
| Southfield, MI 48075 | Capitol View |
| 248-208-8864 | 201 Townsend Street, Suite 900 |
| ianlyngklip@att.net | Lansing, MI 48933 |
| juliepetrik@att.net | (517) 374-9100 |
| | lmcallister@dykema.com |
| Leonard A. Bennett | |
| Consumer Litigation Associates, P.C. | |
| 12515 Warwick Blvd., Suite 100 | |
| Newport News, VA  23606 | |
| (757) 930-3660 | |
| lenbennett@clalegal.com | |

**STIPULATION FOR FURTHER EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT AND JURY DEMAND**

     The parties, through their undersigned counsel, state that they are in the process of conducting settlement discussions with the objective of resolving this matter fully.  As a result, the parties stipulate that the time for Defendant to answer or otherwise plead in response to Plaintiff's Complaint should be extended to January 29, 2011.

| | |
|---|---|
| */s/ Julie A. Petrik (w/permission)* | */s/ Lori McAllister* |
| Ian B. Lyngklip (P47173) | Lori McAllister (P39501) |
| Julie A. Petrik (P47131) | Attorneys for Defendant Clearone Advantage, LLC |
| Attorneys for Plaintiff | |
| 24500 Northwestern Hwy., Ste. 206 | Dykema Gossett PLLC |
| Southfield, MI 48075 | Capitol View |

<div style="display: flex;">
<div>

248-208-8864
juliepetrik@att.net

*/s/ Leonard A. Bennett (w/ permission)*
Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA  23606
(757) 930-3660
lenbennett@clalegal.com

</div>
<div>

201 Townsend Street, Suite 900
Lansing, MI 48933
(517) 374-9100
lmcallister@dykema.com

</div>
</div>

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IAN LYNGKLIP,

      Plaintiff,

                                        Case No. 2:10-cv-14258

v

                                        Honorable Patrick J. Duggan

CLEARONE ADVANTAGE, LLC

      Defendant.

**ORDER FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT AND JURY DEMAND**

      This matter having come before the Court on the Stipulation of the parties, and the Court being advised in the premises:

      IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise plead in response to the Complaint is extended to January 29, 2011.

                               s/Patrick J. Duggan
                               Patrick J. Duggan
                               United States District Judge
     Dated: December 30, 2010

     I hereby certify that a copy of the foregoing document was served upon counsel of record on December 30, 2010, by electronic and/or ordinary mail.

                               s/Marilyn Orem
                               Case Manager